UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Honorable Jose L. Linares, U.S.D.J. |
| *Plaintiff,* <br> v. | Criminal No. 09-718 |
| **JAMES P. KING** | **FINAL ORDER OF FORFEITURE** |
| *Defendant.* | |

**WHEREAS**, on July 21, 2011, the United States filed an Information charging defendant James P. King with mail fraud, in violation of Title 18, United States Code, Section 1341; and

**WHEREAS**, on July 21, 2011, defendant James P. King pleaded guilty to the Information, pursuant to a plea agreement between defendant and the United States (the "Plea Agreement"), whereby defendant James P. King agreed to the forfeiture of $5,000.00 in United States currency; and

**WHEREAS**, on July 21, 2011, a Consent Judgment and Preliminary Order of Forfeiture between the United States and defendant James P. King was entered, under which the defendant agreed, pursuant to 18 U.S.C. § 981(A)(1)(c) and 28 U.S.C. § 2461, to the forfeiture of $5,000.00 in United States currency; and

**WHEREAS,** pursuant to 21 U.S.C. § 853(n)(1), a Notice of Forfeiture with respect to the Property was posted on an official government internet site, namely www.forfeiture.gov., beginning on December 10, 2011 and running for

thirty consecutive days through January 8, 2012 (see Declaration of Maureen Nakly with Exhibits, Exhibit A); and

**WHEREAS** no claims or answers have been filed against the Property within the time permitted;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

**THAT** a Final Order of Forfeiture is entered against $5,000.00 in United States currency, and no right, title or interest in the Property shall exist in any other party; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposits, as well as any income derived as a result of the United States Marshals Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this _12_ day of _April_, 2012

_____
HONORABLE JOSE L. LINARES
United States District Judge